IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:12-CV-166-FL

| | |
|---|---|
| JEFFREY HUTTNER, )<br>      Plaintiff, )<br> ) <br>vs. )<br> )<br>CAROLYN W. COLVIN, )<br>Acting Commissioner of )<br>Social Security, )<br>      Defendant. )<br>_____ ) | CONSENT ORDER |

This action being submitted to the Court for entry of a Consent Order agreed to by the parties and it appearing that the Plaintiff, by his attorney, has executed this Consent Order and the Defendant, by the undersigned Assistant United States Attorney, has executed this Consent Order; and it appearing that the parties have agreed that the Defendant should pay the sum of $3,883.43, in full and final settlement of all claims against the Social Security Administration, for attorney fees and costs arising under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).

It is therefore ORDERED that the Defendant pay to the Plaintiff the sum of $3,883.43, sent to the Plaintiff's Counsel's office address, in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sum, this case is dismissed with prejudice.

This 28th day of May 2013.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT COURT JUDGE